

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00537-CR

Teanna Danielle Nuputi **SAN NICOLAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270-C
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The portion of the reporter's record to be prepared by reporter Debra A. Doolittle was due September 24, 2018, but was not filed. On October 1, 2018, this court notified Ms. Doolittle that the reporter's record was late. Ms. Doolittle responded to our notice by filing a notification of late record asking for an extension of time to file the record to November 1, 2018 — an extension of thirty-eight days from the original due date.

After review, we **GRANT** the requested extension and **ORDER** court reporter Debra A. Doolittle to file the reporter's record in this court **on or before November 1, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Debra A. Doolittle.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



KEITH E. HOTTLE
Clerk of Court